UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRYSTAL GOSS,

       Plaintiff,                                         No. 13-14802

v.                                              District Judge John Corbett O'Meara
                                                     Magistrate Judge R. Steven Whalen

FOOT LOCKER STORES, INC.,
ET AL.,

       Defendants.
_____/

**ORDER TO SHOW CAUSE**

       Defendants' Motion to Show Cause for Failing to Provide Complete Records Pursuant to a Subpoena [Doc. #21] is GRANTED, as follows:

       On October 3, 2014, Defendants served a document subpoena on Dr. Vinod Sharma, requesting all medical records pertaining to Plaintiff Crystal Goss. The return date was October 24, 2014. Dr. Sharma has not produced the records.

       On November 20, 2014, Defendants served a document subpoena on the Records Custodian of United Healthcare, Inc., requesting any and all prescriptions from 9/19/75 to present pertaining to Plaintiff Crystal Goss. The return date was December 11, 2014. The records have not been produced.

       Both subpoenas stated that failure to comply "may subject you to penalty for contempt of court."

       IT IS THEREFORE ORDERED that Dr. Vinod Sharma and a representative of United Healthcare, Inc. appear at the following date, time, and place, and show cause why they should not be held in contempt of court:

Thursday, January 22, 2015, @ 10:00 a.m.
Theodore Levin United States Courthouse
Courtroom 663, Hon. R. Steven Whalen
231 W. Lafayette Blvd.
Detroit, MI 48226

IT IS FURTHER ORDERED that Defendants' counsel shall serve copies of this Order on Dr. Sharma and a corporate representative of United Healthcare, Inc. by first-class mail and by certified mail, return receipt requested.

Failure to comply with this Order will result in a recommendation of sanctions for contempt of court.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: January 6, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 6, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager